NB:RTL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

LISA REID,

              Defendant.

- - - - - - - - - - - - - - - -X

REMOVAL TO THE
EASTERN DISTRICT
OF KENTUCKY

(Fed. R. Crim. P. 40)

MJ-10-1514

EASTERN DISTRICT OF NEW YORK, SS:

       DAWN MAHONEY, being duly sworn, deposes and states that she is Deputy United States Marshal with the United States Marshal Service ("USMS"), duly appointed according to law and acting as such.

       Upon information and belief, on or about December 28, 2010, a warrant was issued by the United States District Court for the Eastern District of Kentucky commanding the arrest of the defendant LISA REID, for violating the terms and conditions of an order setting conditions of release and bond dated June 5, 2009.

       The source of your deponent's information and the grounds for his belief are as follows:

       1.   On or about May 14, 2009, the defendant LISA REID was charged in an indictment in the Eastern District of Kentucky with, inter alia, conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349, bank fraud, in violation of 18 U.S.C. § 1344, and aggravated identity theft, in violation of 18 U.S.C. § 1028A.

2.   REID subsequently pleaded guilty to bank fraud and aggravated identity theft and on October 8, 2010, was sentenced by the Honorable David L. Bunning in the United States District Court for the Eastern District of Kentucky to a total of 30 months' imprisonment.   Defendant was released on conditions of a previously imposed bond and was directed to self-surrender for service of her sentence on January 10, 2011.

3.   On or about December 28, 2010, a warrant for the arrest of the defendant LISA REID was issued by the Clerk of the Court for the United States District Court for the Eastern District of Kentucky.   A copy of the arrest warrant is attached hereto as Exhibit A.   The warrant was issued as a result of the government's ex parte motion to revoke REID's bond on the grounds that while REID was purportedly cooperating with authorities, she continued to defraud Citibank by compromising the accounts of at least two Citibank customers in the approximate total amount of $120,000.   A copy of the Ex Parte Motion to Revoke Defendant Reid's Bond is attached hereto as Exhibit B.

4.   On December 29, 2010, LISA REID presented herself to Taia Givens, Pre-trial Services Officer of the United States District Court for the Eastern District of New York.   Officer Givens has been supervising REID, who resides in Amityville, New York, since her release on the pending matter in the Eastern District of Kentucky.[1]   REID told Officer Givens that her

---

[1] On June 5, 2009, as part of an initial removal hearing in this district (09-MJ-545), the Honorable Roanne L. Mann issued an

attorney advised her to go to the Pre-trial Services office to inquire about an ex parte motion that the government had filed under seal in her case in the United States District Court for the Eastern District of Kentucky.  Prior to REID's arrival at Pre-trial Services today, Officer Givens had been provided with a copy of the arrest warrant which she gave to the United States Marshals Service.  The United States Marshal Service took REID into custody today at Pre-trial Services.

WHEREFORE, it is requested that the defendant LISA REID be removed to the Eastern District of Kentucky so that she may be dealt with according to law.

DAWN MAHONEY
Deputy United States Marshal
United States Marshal Service

Sworn to before me this
29th day of December 2010

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

Order Setting Conditions of Release and Bond with respect to REID.  See Exhibit C attached hereto.

EXHIBIT A

AO 442 (Rev. 01/09) Arrest Warrant

SEALED
Court Copy

# UNITED STATES DISTRICT COURT

for the

EASTERN District of KENTUCKY-NORTHERN DIVISION AT COVINGTON

United States of America
v.
LISA REID
137 Larsen Drive
Amityville, NY  11701

)
)
)
)
)

Case No.     2:09-cr-40-DLB-1

**RECEIVED**

DEC 2 9 2010

U.S. PROBATION OFFICE
COVINGTON, KY

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     **LISA REID**                                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   X Order of the Court

This offense is briefly described as follows:

Bond Violation

Date:      12/28/2010

Leslie G. Whitmer, Clerk

_Issuing officer's signature_

City and state:   Covington, Kentucky

Tammy Dallas, Deputy Clerk

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                                    _____ <br> _Arresting officer's signature_ |

EXHIBIT B

Original

SEALED
Court Copy

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON**

Eastern District of Kentucky
**FILED**

DEC 2 8 2010

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 09-40-DLB                    UNDER SEAL

UNITED STATES OF AMERICA                         PLAINTIFF

V.

**EXPARTE MOTION TO REVOKE DEFENDANT REID'S BOND**

**EXPARTE MOTION FOR ARREST WARRANT**

**MOTION TO SEAL**

LISA REID                                        DEFENDANT


\* \* \* \* \*

The United States moves the Court ex parte to set a hearing for this defendant to

show cause as to why her bond should not be revoked. The United States further moves

this Court to issue a bench warrant returnable forthwith. The basis for these motions is as

follows:

The defendant pled guilty and was convicted of defrauding Citibank of over

$1,000,000. On October 8, 2010, she was sentenced to a term of 30 months in prison,

after receiving a 5K motion by the United States. The Court allowed her to self surrender

on January 10, 2011, giving her additional time to cooperate with authorities. The

undersigned has recently received evidence that, while allegedly cooperating with

authorities, Lisa Reid has been continuing to defraud Citibank by compromising the

accounts of at least two Citibank customers, in the approximate total amount of $120,000.

The attached report of Citibank Investigator, Claudette Moser, outlines a portion of Reid's fraudulent behavior. (Exhibit A)   The undersigned has listened to recordings from Reid's prior case and compared them to several of the new recordings outlined in Moser's report.   It is clear to the undersigned that the voices are identical and belong to Lisa Reid.   Reid commonly disguises her voice to sound like that of a man.   Reid has a very distinctive voice pattern, speech intonation, gruff manner, and uses identical phrasing when she speaks to the customer service representatives.   The report captures only a portion of the calls Reid has been making to Citibank during the past month.   Some days she has made as many as 9-10 calls (into the same account) in an attempt to check balances, verify that purchases have cleared, and that the changes to the account that she has requested have been made.

Reid's modus operandi has not changed.   She is compulsive and a danger to those individuals whom she impersonates and for whom she destroys their credit.   As it relates to the accounts of victim Clarke, Reid took over the account by changing the address and telephone number after which she used it to make over $70K in purchases.   The account was closed and a new account issued to Clarke.   Reid then phoned Citi and took over this new account.   Additionally, she made a $45K payment to the new account from the victim's checking account at Wachovia.   Reid had the new password for the account, the new expiration date, and account number.   Thereafter, Clarke was interviewed by Citi. He stated that someone had called his home claiming to be Citi and that during the call he

was asked to provide the caller with answers to security questions for his new account. This is not standard operating procedure for Citi and therefore it appears Clarke was phished by Reid.   Additionally, victim Clarke advised that his AMEX account has also been taken over with similar activity.

In addition to Moser's report, also attached, the Court will find transaction information showing the multiple attempts by Reid to purchase high-end products over the phone or internet. (Exhibits B, C and D).  Although the defendant is scheduled to self-surrender on January 10, 2010, it is imperative that she be stopped immediately.  The United States respectfully requests that a warrant for her arrest be issued and that she be required to appear and show cause as to why her bond should not be revoked.

The United States further requests that due to the sensitive nature of the United States motions and the information contained in the attached reports, that these motions, the attached reports and the Court's Order be sealed.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By:  Laura K. Voorhees
Laura K. Voorhees
Assistant United States Attorney
207 Grandview Drive, Suite 400
Fort Mitchell, Kentucky 41017
(859) 655-3200

**citi**

To: Laura K. Vorhees, AUSA

From: Claudette L. Moser

Date: December 27, 2010

Re: Suspected Lisa Reid Calls and ATO's on Clarke & Zimmerman Customers

The following is a summarization of conversations and notes surrounding several accounts being taken over by who Citi Fraud Policy and Investigations believe to be continued fraudulent actions of Lisa Reid. Both customers outlined here are existing card members with Citi Credit Cards. Both customer/victims were born in the 1920's. An overall synopsis of what is occurring is as follows:

- Caller phones in on the account and pretends to be the true card member. Sometimes caller attempts to alter their voice to be either a man or a woman depending on the gender of the true account holder.
- Caller passes/verifies security questions
- Caller makes changes to the account to include address, phone numbers and on occasion has changed passwords.
- Caller phones in multiple times on each account to gain additional information, check balances, available credit, increase credit lines, and verify transactions attempting to get them force through transactions..
- Caller has consistently been calling from (848)466-1261; there are additional numbers she has called in from. She has consistently changed the account telephone contact number to (848)466-1261
- Caller appears to have Phished at least one of the card members (Clarke) and therefore gained access to his new account number, password, etc. Upon being questioned, Mr. Clarke reported having been called and asked security/password type verification questions. It should be noted that Citi does not outbound to a customer and ask them for their security information. As the outbound caller, Citi has that information in front of them and therefore that type of verification does not need to occur.
- Caller makes large purchases over the phone at merchants such as: Saks Fifth Ave, Gucci, Coach, Nordstrom's, Barney's, Chanel, Yves Saint Laurent. etc.
- Caller has the merchandise sent to the new address that she has placed on the ATO Citi credit accounts.   In this particular case there are 2 address:
  1-183 Handcock St.            2- 75 Elm Ave Apt 1
  Wilkes Barre, PA 18702        Hampstead, NY 11550

Several of the customer service calls have been recorded on audio tapes for your review. It is the opinion of Citi Fraud Policy and Investigations that the voice heard on these calls is the voice of Lisa Reid. The same voice that has been heard taking over accounts since 2003. Historically, there has always been several particular phrases that Lisa Reid uses while on these calls:

1- When asked by Citi Reps, how she is doing, she responds: "I'm fine, and you".
2- Immediately after a rep asks how they can help her, she responds: "what's my balance an available credit".
3- At the close of a call, she states: "have a nice day".

1

Ex. A

Additionally, the patterns of how the account take-over is done, the frequency of calls, and the spending that is completed (to include merchant locations), is completely in line with the same activity Citi has experienced previously with Lisa Reid.

Lastly, it is important to note that in the case of Edward Clarke's account; the caller knew his Wachovia checking account information and was successful in completing a $45K payment to the Citi credit account. Mr. Clarke was interviewed and denied this payment as well as all of the changes and large charges made to his account. He advised that his AMEX account has also been taken over and used.

## ACCT#: 3395  Edward Clarke

**12/7/10**
13:31 to 13:34
Inbound call received from (848)466-1261 on Edward Clarke's account ending in 3395. Account address changed to 183 Handcock St. Wilkes Barre, PA 18702. Account telephone was changed to (848)466-1261. Caller made numerous mistakes in giving the address. Stated "186 Handcock St. Wilkes Barre, 'Philadelphia', PA 18702".

**12/7/10**
14:24 to 14:30
In bound called. Failed verification. CM disconnected.

**12/7/10**
14:44 to 14:48
Inbound call from CM. Verified name/address/PW. Verified bank account number on file from Wachovia.

**12/7/10**
15:01 to 15:14
Inbound call. Person claiming to be CM Verified name/PW/poss of card. CM trying to make a $40K transaction. Person hung-up when transferred to FEW for additional verification.

**12/7/10**
15:20 to 15:22
Inbound call from merchant wanting to verify phone order transaction. FEW called CM at HP. Person claiming to be CM verified name/poss/ transaction.

**12/8/10**
17:07
Inbound call. Person claiming to be CM verified name/PW/poss. Person hung-up when transferred to FEW.

**12/8/10**
18:03 to 18:09
Merchant called to verify transaction and name on account. FEW called home phone on account. Spoke with who they thought was the true account holder. Person claiming to be CM verified poss/ activity/ and placing a call to Citi on this same date.

**12/8/10**
19:27 to 19:27
Merchant called in to verify name/address/acct #/exp. of CM. Merchant was advised to have CM call Citi to verify transaction.

2

**12/8/10**

19:57-19:59

Inbound call. Person claiming to be CM. Verified name/PW/poss of card. Verified transaction. DOB updated. Cm advised that there would be another trans from Saks Fifth Ave for around $5,300.00.

**12/9/10**

16:34 to 16:37

Inbound call. Person claiming to be CM. Verified name/PW/poss/ transaction. CM verified Saks Fifth Ave $49,545.22 on 120910. DOB updated. Phone Change

**12/9/10**

16:45 to 16:46

Inbound call. Person claiming to be CM verified name/PW. Educated CM on NPSL (no preset credit limit). Was advised no more on limit to spend. CM offered to make phone payment. Stated they would have to call back.

**12/9/10**

17:35 to 17:36

Merchant called to verify name/exp date for transaction. All info passed. CM not present at POS. Called CM at HP- no answer. Advised merchant to have CM call back.

**12/9/10**

18:09 to 18:10

Inbound call. Person claiming to be CM verified name/poss/acct#/PW/DOB. Caller hung up while being transferred to FEW/NPSL.

**12/10/10**

04:44 to 04:52

Inbound call. Person claiming to be CM verified name/PW/poss. Questioning declines. Educated on NPSL and hi dollar transaction more that credit limit. Advised to call back and speak to CREW (credit abuse early warning) during normal business hours.

**12/10/10**

08:34 to 8:45

Inbound call from ANI-NOmatch tele numbers. Person claiming to be CM verified name/PW/refused cell and e-mail. CM calling b/c he wants to be able to use more on his case. CM needs Preauth for $33K. Advised CM payment would need to be received before allowing whole amount to go through.

**12/10/10**

13:02 to 13:03

Merchant called for verification/Saks Fifth Ave. 13:03 CM called in, hung-up during transfer to NPSL.

**12/10/10**

13:21 to 13:52  PCM contacted at old home phone. Denied address/tele change and transactions.

3

## ACCT: 3937 Edward Clarke

**12/16/10**
14:48 True CM verified cards received. Activated cards.

**12/17/10**
12:39 to 12:44
Inbound call. Phone changed to (848)466-1621. Pay by phone for $45,000 check number 127 completed. ABA#021101108, CK ACCT#1000048433285.

**12/17/10**
13:21 to 13:28
Inbound call. Person claiming to be CM, verified name/PW. CM requested permanent credit line increase. Tried to educate on NPSL, CM advised he was aware of how the card works.

**12/17/10**
14:32
Inbound call. Person claiming to be CM verified name/address/PW/poss. CM hung up while waiting for transfer.

**12/17/10**
19:17
New cell phone number added to account. (848)466-1261

**12/18/10**
09:23
True CM reached. Denied changes to account, transactions, and $45K payment. Did not add cell phone number.

## ACCT# 7388  Beverly Zimmerman

**12/21/10**
12:55 to 13:38
Inbound call. Verified through VRU. Address and phone changes to: 75 Elm Ave Apt 1 Hampstead, MY 11550.
HP: (203)807-7078; BP (631)624-8290; Cell phone (848)466-1261 MMN/PW changed.

**12/21/10**
13:41
True CM contacted and denied making changes to account and large transaction. True CM lives in FL.

**12/21/10**
19:59
Merchant called from Nordstrom- someone tried to make suspicious purchase over phone.

**12/22/10**
10:10
Inbound call. Verification failed.

**12/23/10**
12:57
Inbound call. Verification failed.


Thank you for your time and assistance in this matter. If you have any questions or need additional information please do not hesitate to call or e-mail me.


Best Regards,

*Claudette L. Moser*

Claudette L. Moser
301-471-7972 cell

5

# Transactions for 3395 (all times are central; add 1 hour)

5466160147253395
MER: NORDSTROM #0001   00   7874.00   01   SEATTLE   WA   98101   00   12/07/10   13:28:17   000   96824P   Y
CVV: 0   CVV VALUE:   00   PS 2000:   840   US ID 4445090929364   AVS UTIL:  Y   AVS RESP   Y
EXPIR:AUTH ATMPT   07   14   CBSD FILE   07 14 BIN NUMBER

5466160147253395
MER: SAKS FIFTH AVENUE #000 NEW YORK   00   4470.50   01   NY   10022   00   12/07/10   13:47:46   001   DECLIN
CVV: 0   CVV VALUE:   00   PS 2000:   840   US ID 090820969   AVS UTIL:   AVS RESP   000
EXPIR:AUTH ATMPT   07   14   CBSD FILE   07 14 BIN NUMBER   001207MWVEL3R7ZI+R7ZI   003684   CRD ISS DTE

5466160147253395
MER: SAKS FIFTH AVENUE #002 ATLANTA   00   4470.50   01   GA   30326   00   12/07/10   13:52:33   002   DECLIN
CVV: 0   CVV VALUE:   00   PS 2000:   840   US ID 4445090821215   AVS UTIL:   AVS RESP   000
EXPIR:AUTH ATMPT   07   14   CBSD FILE   07 14 BIN NUMBER   001207MWVEBN0CC6+0CC6   003684   CRD ISS DTE

5466160147253395
MER: SAKS FIFTH AVENUE #002 ATLANTA   00   44470.50   01   GA   30326   00   12/07/10   13:38:48   001   DECLIN
CVV: 0   CVV VALUE:   00   PS 2000:   840   US ID 4445090821215   AVS UTIL:   AVS RESP   000
EXPIR:AUTH ATMPT   07   14   CBSD FILE   07 14 BIN NUMBER   001207MWVEB0PSRX+PSRX   003684   CRD ISS DTE

5466160147253395
MER:   00   0.00   00   00   12/07/10   14:00:16   002   342412
CVV: 0   CVV VALUE:   00   00000   840   PS 2000:   000000000000000+0000   AVS UTIL:   AVS RESP   000
EXPIR:AUTH ATMPT   CBSD FILE   07 14 BIN NUMBER   US ID   000000   CRD ISS DTE

5466160147253395
MER: SAKS FIFTH AVENUE #002 ATLANTA   00   40026.45   01   GA   30326   00   12/07/10   14:03:40   003   DECLIN
CVV: 0   CVV VALUE:   00   PS 2000:   840   US ID 4445090821215   AVS UTIL:   AVS RESP   000
EXPIR:AUTH ATMPT   07   14   CBSD FILE   07 14 BIN NUMBER   001207MWWEBTR2C6+R2C6   003684   CRD ISS DTE

5466160147253395
MER: SAKS FIFTH AVENUE #002 ATLANTA   00   40026.45   01   GA   30326   00   12/07/10   14:11:46   003   REFERD
CVV: 0   CVV VALUE:   00   PS 2000:   840   US ID 4445090821215   AVS UTIL:   AVS RESP   000
EXPIR:AUTH ATMPT   07   14   CBSD FILE   07 14 BIN NUMBER   001207MWEMM6EZI+6EZI   003684   CRD ISS DTE

Ex. B

```
5466160147253395
MER: SAKS FIFTH AVENUE #002 ATLANTA      GA   T    00   12/07/10   14:15:59   003   REFERD
CVV: 0   CVV VALUE:   00   40026.45   01   30326   840   US ID 090821215   AVS UTIL:       CRD ISS DTE      AVS RESP
EXPIR:AUTH ATMPT   07   PS 2000:   00   001207MWEBZ9VC6+9VC6              003684                            000
                              CBSD FILE   07 14   BIN NUMBER

5466160147253395
MER:
CVV: 0   CVV VALUE:   00   0.00   840   00   12/07/10   14:22:23   003   748579
EXPIR:AUTH ATMPT   07   PS 2000:   00   0000000000000000+0000              000000   AVS UTIL:   CRD ISS DTE   AVS RESP
                              CBSD FILE   07 14   BIN NUMBER                                               000

5466160147253395
MER:
CVV: 0   CVV VALUE:   00   40027.00   00   840   00   12/07/10   14:23:31   004   DECLIN
EXPIR:AUTH ATMPT   00000   PS 2000:   00   0000000000000000+0000           000000   AVS UTIL:   CRD ISS DTE   AVS RESP
                              CBSD FILE   07 14   BIN NUMBER                                               000

5466160147253395
MER:
CVV: 0   CVV VALUE:   00   40027.00   00   840   00   12/07/10   14:24:28   004   876703
EXPIR:AUTH ATMPT   00000   PS 2000:   00   0000000000000000+0000           000000   AVS UTIL:   CRD ISS DTE   AVS RESP
                              CBSD FILE   07 14   BIN NUMBER                                               000

5466160147253395
MER: SAKSFIFTHAVENUE.COM
CVV: 0   CVV VALUE:   00   1.00   81   T   00   12/07/10   14:27:33   005   51037P
EXPIR:AUTH ATMPT   07   PS 2000:   14   MD   21001   840   US ID 090606080000097   AVS UTIL: Y   CRD ISS DTE   AVS RESP
                              CBSD FILE   07 14   BIN NUMBER   001207MWEZOBVCK+BVCK   003684                    000   Y

5466160147253395
MER:
CVV: 0   CVV VALUE:   00   0.00   840   00   12/07/10   23:49:35   006   747565
EXPIR:AUTH ATMPT   00000   PS 2000:   00   0000000000000000+0000           000000   AVS UTIL:   CRD ISS DTE   AVS RESP
                              CBSD FILE   07 14   BIN NUMBER                                               000

5466160147253395
MER: BEVERLY HILLS WHSE SAL SANTA MONICA  CA   T   00   12/08/10   11:04:58   002   00000P
CVV: 0   CVV VALUE:   00   0.00   01   90405   840   US ID 599913400000C302   AVS UTIL: Y   CRD ISS DTE   AVS RESP
EXPIR:AUTH ATMPT   07   PS 2000:   14   001208MWEH4VF8A+VF8A              007660                            000   X
                              CBSD FILE   07 14   BIN NUMBER
```

```
5466160147253395        00      0.00    NY      01    T  00  12/08/10   11:05:48   002   00000P
MER: CHANEL INC.           NEW YORK       PS 2000:        10022  840  US ID 00000505821 3991
CVV: 0      CVV VALUE:                                  00120808MWEA4DDLQ+DDLQ   AVS UTIL:  Y   AVS RESP  W
EXPIR:AUTH ATMPT    07     14    CBSD FILE  07 14 BIN NUMBER  007931   CRD ISS DTE   000

5466160147253395        00      0.00    NY      01    T  00  12/08/10   11:07:43   002   00000P
MER: CHANEL INC.           NEW YORK       PS 2000:        10022  840  US ID 0000050582 13991
CVV: 0      CVV VALUE:                                  00120808MWEA5BVLQ+BVLQ   AVS UTIL:  Y   AVS RESP  Y
EXPIR:AUTH ATMPT    07     14    CBSD FILE  07 14 BIN NUMBER  007931   CRD ISS DTE   000

5466160147253395        00      4935.00  NY      01    T  00  12/08/10   11:08:07   002   25354P
MER: BARNEYS NEW YORK #3   NEW YORK       PS 2000:        10022  840  US ID 0000050582 13991
CVV: 0      CVV VALUE:                                  00120808MWEA4ZOYB+ZOYB   AVS UTIL:          AVS RESP
EXPIR:AUTH ATMPT    07     14    CBSD FILE  07 14 BIN NUMBER  007931                       000

5466147253395          00      2707.10  NY      01    T  00  12/08/10   11:10:13   003   46534P
MER: BARNEYS NEW YORK #3   NEW YORK       PS 2000:        10065  840  US ID 59991340035 0123
CVV: 0      CVV VALUE:                                  00120808MWEAVSTOP+STOP   AVS UTIL:  Y   AVS RESP  Y
EXPIR:AUTH ATMPT    07     14    CBSD FILE  07 14 BIN NUMBER  007660                       000

5466160147253395        00      1532.10  IL      01    T  00  12/08/10   11:14:13   004   79957P
MER: BARNEYS NEW YORK #252 CHICAGO        PS 2000:        60601  840  US ID 59991332529 0123
CVV: 0      CVV VALUE:                                  00120808MWEWY0AUA+0AUA   AVS UTIL:          AVS RESP
EXPIR:AUTH ATMPT    07     14    CBSD FILE  07 14 BIN NUMBER  007931                       000

5466147253395          00      1032.10  CA      00         12/08/10   12:43:10   005   04668P
MER: BARNEYS NEW YORK #256 SAN FRANCISCO     94108  840  US ID 59991332529 0123
CVV: 0      CVV VALUE:        PS 2000:        00120808MWEXPKUA+PKUA   AVS UTIL:  Y   AVS RESP  Y
EXPIR:AUTH ATMPT    07     14    CBSD FILE  07 14 BIN NUMBER  007660                       000
                                                                    13:23:02           006   52545P
                                                                    US ID 59991332560 0123   CRD ISS DTE   000
```

5466160147253395
MER:                    CVV VALUE:
CVV: 0        CVV VALUE:
EXPIR:AUTH ATMPT

                00      0.00        00      US ID            00      12/08/10      17:09:29      007      022679
                        00000        840                     00000000000000+0000           AVS UTIL:              AVS RESP
                        PS 2000:                                      000000      CRD ISS DTE              000
                        CBSD FILE    07 14 BIN NUMBER

5466160147253395
MER: GUCCI AMERICA      CVV VALUE:
CVV: 0        CVV VALUE:
EXPIR:AUTH ATMPT        07      14      CBSD FILE    07 14 BIN NUMBER

                00      0.00        00      T        00      12/08/10      17:46:46      008      00000P
                NEW YORK  NY        840      10022    840   US ID 0004308812886883           AVS RESP
                        PS 2000:           00120BMWEK7HVUF+HVUF      AVS UTIL:  Y              000
                07      14      CBSD FILE    07 14 BIN NUMBER            007920      CRD ISS DTE              X

5466160147253395
MER: GUCCI #30      CVV VALUE:
CVV: 0        CVV VALUE:
EXPIR:AUTH ATMPT        07      14      CBSD FILE    07 14 BIN NUMBER

                00      3440.20      01      T        00      12/08/10      18:24:05      008      REFERD
                NEW YORK  NY        840      10022    840   US ID 3068640000309020           AVS RESP
                        PS 2000:           00120BMWEPW3TBI+3TBI      AVS UTIL:  Y              000
                07      14      CBSD FILE    07 14 BIN NUMBER            007920      CRD ISS DTE              Y

5466160147253395
MER: GUCCI AMERICA      CVV VALUE:
CVV: 0        CVV VALUE:
EXPIR:AUTH ATMPT        07      14      CBSD FILE    07 14 BIN NUMBER

                00      3440.20      01      T        00      12/08/10      18:25:26      008      REFERD
                NEW YORK  NY        840      10022    840   US ID 0004308812886883           AVS RESP
                        PS 2000:           00120BMWEHC2GLQ+2GLQ      AVS UTIL:  Y              000
                07      14      CBSD FILE    07 14 BIN NUMBER            007920      CRD ISS DTE

5466160147253395
MER: GUCCI AMERICA      CVV VALUE:
CVV: 0        CVV VALUE:
EXPIR:AUTH ATMPT        07      14      CBSD FILE    07 14 BIN NUMBER

                00      3440.20      01      T        00      12/08/10      18:26:09      008      DECLIN
                NEW YORK  NY        840      10022    840   US ID 0004308812886883           AVS RESP
                        PS 2000:           00120BMWELZ5MUF+5MUF      AVS UTIL:              000
                07      14      CBSD FILE    07 14 BIN NUMBER            007920      CRD ISS DTE

5466160147253395
MER:                    CVV VALUE:
CVV: 0        CVV VALUE:
EXPIR:AUTH ATMPT

                00      0.00        00      US ID            00      12/08/10      18:58:31      008      986016
                        00000        840                     0000000000000000+0000           AVS RESP
                        PS 2000:                                      000000      CRD ISS DTE              000
                        CBSD FILE    07 14 BIN NUMBER

5466160147253395
MER: GUCCI #30      CVV VALUE:
CVV: 0        CVV VALUE:
EXPIR:AUTH ATMPT        07      14      CBSD FILE    07 14 BIN NUMBER

                00      3487.90      01      T        00      12/08/10      19:32:00      009      84441P
                NEW YORK  NY        840      10022    840   US ID 3068640000309020           AVS RESP
                        PS 2000:           00120BMWEH1A7EQ+A7EQ      AVS UTIL:  Y              000
                07      14      CBSD FILE    07 14 BIN NUMBER            007920      CRD ISS DTE      000      Y

5466160147253395   00   49545.22   01   T   00   12/09/10   13:19:59   002   REFERD
MER: SAKS FIFTH AVENUE #004 SAN FRANCISCO CA   94108   840   US ID 4445090821389   AVS RESP
CVV: 0   CVV VALUE:   PS 2000:   001209MWEKT6KRY+6KRY   AVS UTIL:   CRD ISS DTE   000
EXPIR:AUTH ATMPT   07   14   CBSD FILE   07 14 BIN NUMBER   003684

5466160147253395   00   49545.22   01   T   00   12/09/10   13:24:08   002   REFERD
MER: SAKS FIFTH AVENUE #004 SAN FRANCISCO CA   94108   840   US ID 0908213389   AVS RESP
CVV: 0   CVV VALUE:   PS 2000:   001209MWEKWKYRY+KYRY   AVS UTIL:   CRD ISS DTE   000
EXPIR:AUTH ATMPT   07   14   CBSD FILE   07 14 BIN NUMBER   003684

5466160147253395   00   0.00   00   US ID   00   12/09/10   15:37:19   002   371258
MER:   00000   840   00000000000000000+0000   AVS UTIL:   AVS RESP
CVV: 0   CVV VALUE:   PS 2000:   000000   000
EXPIR:AUTH ATMPT   14   CBSD FILE   07 14 BIN NUMBER

5466160147253395   00   5000.00   00   US ID   00   12/09/10   15:42:49   003   247446
MER:   00000   840   00000000000000000+0000   AVS UTIL:   AVS RESP
CVV: 0   CVV VALUE:   PS 2000:   000000   000
EXPIR:AUTH ATMPT   CBSD FILE   07 14 BIN NUMBER

5466160147253395   00   10000.00   00   US ID   00   12/09/10   15:42:54   004   292204
MER:   00000   840   00000000000000000+0000   AVS UTIL:   AVS RESP
CVV: 0   CVV VALUE:   PS 2000:   000000   000
EXPIR:AUTH ATMPT   CBSD FILE   07 14 BIN NUMBER

5466160147253395   00   10000.00   00   US ID   00   12/09/10   15:43:10   005   REFERD
MER:   00000   840   00000000000000000+0000   AVS UTIL:   AVS RESP
CVV: 0   CVV VALUE:   PS 2000:   000000   000
EXPIR:AUTH ATMPT   CBSD FILE   07 14 BIN NUMBER

5466160147253395   00   5000.00   00   00   12/09/10   15:43:14   005   REFERD
MER:   00000   840   00000000000000000+0000   AVS UTIL:   AVS RESP
CVV: 0   CVV VALUE:   PS 2000:   000000   000
EXPIR:AUTH ATMPT   CBSD FILE   07 14 BIN NUMBER

```
546616014725 3395
MER:
CVV: 0   CVV VALUE:          00
EXPIR:AUTH ATMPT             3000.00     00       US ID      00   12/09/10   15:43:19   005   REFERD
                      00000  PS 2000:    840      0000000000000000+0000    000000             AVS RESP
                                         CBSD FILE  07 14 BIN NUMBER       AVS UTIL:          CRD ISS DTE   000

546616014725 3395
MER:
CVV: 0   CVV VALUE:          00
EXPIR:AUTH ATMPT             1000.00     00       US ID      00   12/09/10   15:43:24   005   REFERD
                      00000  PS 2000:    840      0000000000000000+0000    000000             AVS RESP
                                         CBSD FILE  07 14 BIN NUMBER       AVS UTIL:          CRD ISS DTE   000

546616014725 3395
MER:
CVV: 0   CVV VALUE:          00
EXPIR:AUTH ATMPT             5000.00     00       US ID      00   12/09/10   15:43:34   004
                      00000  PS 2000:    840      0000000000000000+0000    000000
                                         CBSD FILE  07 14 BIN NUMBER       AVS UTIL:          CRD ISS DTE

546616014725 3395
MER:
CVV: 0   CVV VALUE:          00
EXPIR:AUTH ATMPT             10000.00    00       US ID      00   12/09/10   15:43:29   005
                      00000  PS 2000:    840      0000000000000000+0000    000000             AVS RESP
                                         CBSD FILE  07 14 BIN NUMBER       AVS UTIL:          CRD ISS DTE   000

546616014725 3395
MER: SAKS FIFTH AVENUE #004 SAN FRANCISCO CA   00
CVV: 0   CVV VALUE:          14
EXPIR:AUTH ATMPT   07        49545.22    01   T   94108       00   12/09/10   16:22:28   003   REFERD
                             PS 2000:    840      US ID 4445090821389    003684            AVS RESP
                                         CBSD FILE  07 14 BIN NUMBER     AVS UTIL:          CRD ISS DTE   000

546616014725 3395
MER: SAKS FIFTH AVENUE #004 SAN FRANCISCO CA   00
CVV: 0   CVV VALUE:          14
EXPIR:AUTH ATMPT   07        49545.22    01   T   94108       00   001209MWEZ2681RX+81RX   16:25:44   003   REFERD
                             PS 2000:    840      001209MWEZO45C6+45C6   003684            AVS RESP
                                         CBSD FILE  07 14 BIN NUMBER     US ID 090821389   AVS UTIL:   CRD ISS DTE   000

546616014725 3395
MER:
CVV: 0   CVV VALUE:          14
EXPIR:AUTH ATMPT             33000.00    00       US ID      00   12/10/10   07:42:10   001   REFERD
                      00000  PS 2000:    840      0000000000000000+0000    000000             AVS RESP
                                         CBSD FILE  07 14 BIN NUMBER       AVS UTIL:          CRD ISS DTE   000
```

| Card | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5466160147253395 MER: | CVV: 0    CVV VALUE: | EXPIR:AUTH ATMPT | 00 | 0.00 00000 | 00 840 | PS 2000: CBSD FILE | US ID 07 14 BIN NUMBER | 00 | 12/10/10 | 07:42:25 | 001  754100 | AVS RESP AVS UTIL: 000000 | CRD ISS DTE 000 |
| 5466160147253395 MER: | CVV: 0    CVV VALUE: | EXPIR:AUTH ATMPT | 00 | 3000.00 00000 | 00 840 | PS 2000: CBSD FILE | US ID 0000000000000000+0000 07 14 BIN NUMBER | 00 | 12/10/10 | 07:42:53 | 002  884065 | AVS RESP AVS UTIL: 000000 | CRD ISS DTE 000 |
| 5466160147253395 MER: | CVV: 0    CVV VALUE: | EXPIR:AUTH ATMPT | 00 | 1000.00 00000 | 00 840 | PS 2000: CBSD FILE | US ID 0000000000000000+0000 07 14 BIN NUMBER | 00 | 12/10/10 | 07:42:58 | 003  910753 | AVS RESP AVS UTIL: 000000 | CRD ISS DTE 000 |
| 5466160147253395 MER: | CVV: 0    CVV VALUE: | EXPIR:AUTH ATMPT | 00 | 3000.00 00000 | 00 840 | PS 2000: CBSD FILE | US ID 0000000000000000+0000 07 14 BIN NUMBER | 00 | 12/10/10 | 07:43:03 | 004  928128 | AVS RESP AVS UTIL: 000000 | CRD ISS DTE 000 |
| 5466160147253395 MER: | CVV: 0    CVV VALUE: | EXPIR:AUTH ATMPT | 00 | 5000.00 00000 | 00 840 | PS 2000: CBSD FILE | US ID 0000000000000000+0000 07 14 BIN NUMBER | 00 | 12/10/10 | 07:43:24 | 005  024038 | AVS RESP AVS UTIL: 000000 | CRD ISS DTE 000 |
| 5466160147253395 MER: | CVV: 0    CVV VALUE: | EXPIR:AUTH ATMPT | 00 | 5000.00 00000 | 00 840 | PS 2000: CBSD FILE | US ID 0000000000000000+0000 07 14 BIN NUMBER | 00 | 12/10/10 | 07:43:27 | 006  REFERD | AVS RESP AVS UTIL: 000000 | |
| 5466160147253395 MER: | CVV: 0    CVV VALUE: | EXPIR:AUTH ATMPT | 00 | 2500.00 00000 | 00 840 | PS 2000: CBSD FILE | US ID 0000000000000000+0000 07 14 BIN NUMBER | 00 | 12/10/10 | 07:43:34 | 006  076302 | AVS RESP AVS UTIL: 000000 | CRD ISS DTE 000 |

5466160147253395
MER:
CVV: 0      CVV VALUE:
EXPIR:AUTH ATMPT      00
1000.00      00      US ID      00      12/10/10      07:43:38      007   REFERD
00000      PS 2000:      00000000000000000-0000      AVS UTIL:      AVS RESP
CBSD FILE      840      07 14 BIN NUMBER      000000      CRD ISS DTE      000

5466160147253395
MER:
CVV: 0      CVV VALUE:
EXPIR:AUTH ATMPT      00
2500.00      00      US ID      00      12/10/10      07:44:17      007
00000      PS 2000:      00000000000000000-0000      AVS UTIL:      AVS RESP
CBSD FILE      840      07 14 BIN NUMBER      000000      CRD ISS DTE      000

5466160147253395
MER:
CVV: 0      CVV VALUE:
EXPIR:AUTH ATMPT      00
5000.00      00      US ID      00      12/10/10      07:44:17      006
00000      PS 2000:      00000000000000000-0000      AVS UTIL:      AVS RESP
CBSD FILE      840      07 14 BIN NUMBER      000000      CRD ISS DTE      000

5466160147253395
MER:
CVV: 0      CVV VALUE:
EXPIR:AUTH ATMPT      00
3000.00      00      US ID      00      12/10/10      07:44:23      005
00000      PS 2000:      00000000000000000-0000      AVS UTIL:      AVS RESP
CBSD FILE      840      07 14 BIN NUMBER      000000      CRD ISS DTE      000

5466160147253395
MER:
CVV: 0      CVV VALUE:
EXPIR:AUTH ATMPT      00
3000.00      00      US ID      00      12/10/10      07:44:23      004
00000      PS 2000:      00000000000000000-0000      AVS UTIL:      AVS RESP
CBSD FILE      840      07 14 BIN NUMBER      000000      CRD ISS DTE      000

5466160147253395
MER:
CVV: 0      CVV VALUE:
EXPIR:AUTH ATMPT      00
1000.00      00      US ID      00      12/10/10      07:46:04      003
00000      PS 2000:      00000000000000000-0000      AVS UTIL:      AVS RESP
CBSD FILE      840      07 14 BIN NUMBER      000000      CRD ISS DTE      000

5466160147253395
MER:
CVV: 0      CVV VALUE:
EXPIR:AUTH ATMPT      00
0.00      00      US ID      00      12/10/10      07:46:04      002   784368
00000      PS 2000:      00000000000000000-0000      AVS UTIL:      AVS RESP
CBSD FILE      840      07 14 BIN NUMBER      000000      CRD ISS DTE      000

```
5466160147253395
MER: SAKSFIFTHAVENUE.COM
CVV: 0      CVV VALUE:
EXPIR:AUTH ATMPT   07  14
1.00    MD   81   00   12/10/10   11:28:17   003   01105P
PS 2000:   21001   840   US ID 0908606680000097   AVS UTIL: Y   AVS RESP  Y
CBSD FILE  07 14   001210MWECMZR5I+ZR5I   003684   CRD ISS DTE

5466160147253395
MER: SAKS FIFTH AVENUE #003 BOSTON   MA
CVV: 0      CVV VALUE:
EXPIR:AUTH ATMPT   07  14
5452.66   01   T   00   12/10/10   11:32:46   004   97175P
PS 2000:   02199   840   US ID 4445090821223   AVS UTIL:   AVS RESP
CBSD FILE  07 14   001210MWEKNUFC7+UFC7   003684   CRD ISS DTE   000

5466160147253395
MER:
CVV: 0      CVV VALUE:
EXPIR:AUTH ATMPT   07  14
0.00    840   00   12/10/10   12:41:39   006   248189
00000   US ID 0000000000000+0000   000000   AVS UTIL: Y   AVS RESP  N
CBSD FILE  07 14   001210MWENYJ8TJ+J8TJ   003684   CRD ISS DTE   000

5466160147253395
MER: NORDSTROM #0380   SCOTTSDALE   AZ
CVV: 0      CVV VALUE:
EXPIR:AUTH ATMPT   07  14
5828.20   01   T   00   12/10/10   13:04:39   007   DECLIN
PS 2000:   85251   840   US ID 4445090930008   AVS UTIL:   AVS RESP
CBSD FILE  07 14   001210MWENY...   003684   CRD ISS DTE   000

5466160147253395
MER: CREDSCORECOMP347114741 800-316-8750 CT
CVV: 0      CVV VALUE:
EXPIR:AUTH ATMPT   07  14
29.95    00   12/15/10   05:36:11   000   DECLIN
PS 2000:   06850   840   US ID 0593760007060660   AVS UTIL:   AVS RESP
CBSD FILE  07 14   001215MCWN3781Z+781Z   003286   CRD ISS DTE   000

5466160147253395
MER: CREDSCORECOMP347114741 800-316-8750 CT
CVV: 0      CVV VALUE:
EXPIR:AUTH ATMPT   07  14
29.95    01   T   00   12/15/10   16:36:22   000   DECLIN
PS 2000:   06850   840   US ID 0593760007060660   AVS UTIL:   AVS RESP
CBSD FILE  07 14   001215MCWD99VGQ+9VGQ   003286   CRD ISS DTE   000

5466160147253395
MER: CREDSCORECOMP347114741 800-316-8750 CT
CVV: 0      CVV VALUE:
EXPIR:AUTH ATMPT   07  14
29.95    01   T   00   12/18/10   16:51:15   000   DECLIN
PS 2000:   06850   840   US ID 0593760007060660   AVS UTIL:   AVS RESP
CBSD FILE  07 14   001218MCWEITMGQ+TMGQ   003286   CRD ISS DTE   000
```

The following transaction shows up 3 times. I do not see it on previous accounts. Mr. Clarke has not disputed it as of yet but we may want to check with him to see if he knows anything about it. If not...it may be a lead as to where Lisa is getting account information from.

**5466160165923937/Clarke Transactions (times are central; add one hour)**

5466160165923937    00    23699.50    01    T    00    12/17/10    12:05:03    000    DECLIN
MER: SAKS FIFTH AVENUE #002 ATLANTA    GA    30326    840    US ID 4445090821215    AVS RESP
CVV: 0    CVV VALUE:    PS 2000:    001217MWEPLEBTJ+EBTJ    AVS UTIL:    000
EXPIR:AUTH ATMPT    07    14    CBSD FILE    07 14 BIN NUMBER    003684    CRD ISS DTE    000

5466160165923937    00    10000.00    00    US ID    00    12/17/10    12:20:49    000    DECLIN
MER:    00000    840    AVS UTIL:
CVV: 0    CVV VALUE:    PS 2000:    00000000000000+0000    000000    AVS RESP
EXPIR:AUTH ATMPT    CBSD FILE    07 14 BIN NUMBER    CRD ISS DTE    000

5466160165923937    00    1000.00    00    US ID    00    12/17/10    12:20:54    000    DECLIN
MER:    00000    840    AVS UTIL:
CVV: 0    CVV VALUE:    PS 2000:    00000000000000+0000    000000    AVS RESP
EXPIR:AUTH ATMPT    CBSD FILE    07 14 BIN NUMBER    CRD ISS DTE    000

Ex. C

## 5466160100467388/Zimmerman Transactions (times are central; add one hour)

```
5466160100467388
MER: NORDSTROM #0621        00    4255.51   01   T    00    12/21/10   12:15:47   000   83122Z
CVV: 0   CVV VALUE:         ARLINGTON  VA 22202        840   US ID 4445090830255    AVS UTIL:      AVS RESP
EXPIR: AUTH ATMPT    07  12    PS 2000:     001221MCWJPUYRX+UYRX      AVS UTIL: Y             AVS RESP  Y
                               CBSD FILE  07 12  BIN NUMBER   003684        CRD ISS DTE

5466160100467388
MER: NORDSTROM #0621        00    0.00      01   T    00    12/21/10   12:37:14   001   000002
CVV: 0   CVV VALUE:         ARLINGTON  VA 22202        840   US ID 4445090830255    AVS UTIL: Y    AVS RESP
EXPIR: AUTH ATMPT    07  12    PS 2000:     001221MCWMDITC5+ITC5      AVS UTIL: Y
                               CBSD FILE  07 12  BIN NUMBER   003684        CRD ISS DTE                  N

5466160100467388
MER: YSL GUCCI              00    4290.69   01   T    00    12/21/10   12:47:08   001   DECLIN
CVV: 0   CVV VALUE:         NEW YORK   NY              10022   840   US ID 0004302029 75883    AVS UTIL:    AVS RESP
EXPIR: AUTH ATMPT    07  12    PS 2000:     001221MCWBDJ8YB+J8YB      AVS UTIL: Y
                               CBSD FILE  07 12  BIN NUMBER   007920        CRD ISS DTE                  N

5466160100467388
MER: YVES SAINT LAURENT #   00    4290.69   01   T    00    12/21/10   12:45:21   001   REFERD
CVV: 0   CVV VALUE:         NEW YORK   NY              10022   840   US ID 3068480001002001   AVS UTIL:    AVS RESP
EXPIR: AUTH ATMPT    07  12    PS 2000:     001221MCWQYVNEQ+VNEQ      AVS UTIL: Y
                               CBSD FILE  07 12  BIN NUMBER   007920        CRD ISS DTE                  N

5466160100467388
MER: SAKSFIFTHAVENUE.COM    00    1.00      81   T    00    12/21/10   12:54:51   001   DECLIN
CVV: 0   CVV VALUE:         MD   21001               840   US ID 0909606800000097    AVS UTIL: Y    AVS RESP
EXPIR: AUTH ATMPT    07  12    PS 2000:     001221MCWRQ4EGR+4EGR      AVS UTIL: Y
                               CBSD FILE  07 12  BIN NUMBER   003684        CRD ISS DTE                  N

5466160100467388
MER: BEVERLY HILLS WHSE SAL 00    0.00      01   T    00    12/21/10   13:20:17   001   000000Z
CVV: 0   CVV VALUE:         SANTA MONICA CA  90405   840   US ID 5899134000C301    AVS UTIL: Y    AVS RESP
EXPIR: AUTH ATMPT    07  12    PS 2000:     001221MCWEAUV8A+UV8A      AVS UTIL: Y
                               CBSD FILE  07 12  BIN NUMBER   007660        CRD ISS DTE                  N

5466160100467388
MER: YVES SAINT LAURENT #   00    4290.69   01   T    00    12/21/10   16:46:35   001   DECLIN
CVV: 0   CVV VALUE:         NEW YORK   NY              10022   840   US ID 3068480001002001   AVS UTIL:    AVS RESP
EXPIR: AUTH ATMPT    07  12    PS 2000:     001221MCWA00KEK+0KEK      AVS UTIL: Y
                               CBSD FILE  07 12  BIN NUMBER   007920        CRD ISS DTE                  N
```

Ex. O.

```
5466160100467388         00      0.00     01     T     00     12/21/10     17:31:31     001     000002
MER: BEVERLY HILLS WHSE SAL SANTA MONICA CA     90405     840     US ID 599913400000C304
CVV: 0      CVV VALUE:                PS 2000:     001221MCVVIBUJ8A+UJ8A      AVS UTIL:  Y      AVS RESP  N
EXPIR:AUTH ATMPT      07         12     CBSD FILE   07 12 BIN NUMBER     007660     CRD ISS DTE   000
```

EXHIBIT C

*United States District Court*
## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                    **ORDER SETTING CONDITIONS**
                                            **OF RELEASE AND BOND**

**v.**

*Lisa Reid*                                 Case No.: 09-545 M
_____
Defendant

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon Personal Recognizance Bond on his/her promise to appear at all scheduled proceedings as required, or

[ ] Upon Unsecured Bond executed by defendant in the amount of $_____, or    $250,000

[ ✓ ] Upon Secured Appearance Bond as provided herein.

#### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[ ✓ ] 1.   The defendant must remain in and may not leave the following areas without Court permission: NYC + LT + EDKy for court appearances, if need be, attny visits

[ ] 2.   The defendant shall avoid all contact and not associate with any of the following persons or entities: _____

[ ] 3.   The defendant shall avoid and not go to any of the following locations: _____

[ ✓ ] 4.   The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.

[ ✓ ] 5.   Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
   [ ✓ ] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work; as directed.
   [ ] must report to that agency ( ) in person_____ times per _____ and/or ( ) by telephone as times per _____;
   [ ] is subject to home detention with electronic monitoring with the following conditions:_____

   [ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ]treatment for:  [ ] substance abuse [ ]alcoholism  [ ] mental health problems.
   [ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[ ✓ ] 6.   Other Conditions: Deft to reside w/ Janice Goodman

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 250,000. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $_____
[ ✓ ] premises located at: 137 Larsen W. North Amityville owned by Karen Davis.
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before release

[ ] Other Conditions:

x Nicole Wilson       Address: 78 E. Milton St Freeport NY
x _____             Address: _____
x _____             Address: _____
x Janice Goodman      Address: x 137 Larsen D. N.Amityville
  Karen Davis

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

x Lisa J. Reid
Signature of Defendant

Defendant is hereby ordered on June 5, 2009    Release
                                               Stayed pending appeal
                                               in EDKy.

· Courtroom Deputy        · Pink - Pretrial Services        Goldenrod - Defendant